IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA A. TROPEPE,<br>        Plaintiff,<br><br>v.<br><br>AVCO CORPORATION, LYCOMING<br>ENGINES, FLYERS, INC. AND<br>MICHAEL SCOTT REIMAN,<br>        Defendants. | CIVIL ACTION<br><br><br><br>NO. 17-4217 |

# O R D E R

**AND NOW**, this 5th day of December, 2017, upon consideration of Plaintiff's Motion to Remand to State Court (ECF No. 11) and Defendants AVCO Corporation and Lycoming Engines' opposition thereto (ECF No. 18), **IT IS ORDERED** that Plaintiff's motion is **GRANTED** and the case is **REMANDED** to the Court of Common Pleas of Philadelphia County.

The Clerk of Court is directed to **CLOSE** this case.

                            **BY THE COURT:**

                            /s/Wendy Beetlestone, J.
                            _____
                            **WENDY BEETLESTONE, J.**